IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SHAWN MICHAEL FOSTER,

    Petitioner,

v.            CIVIL ACTION NO.  2:04-cv-00782
              (Criminal No. 2:01-cr-00044)

UNITED STATES OF AMERICA,

    Respondent.

**JUDGMENT ORDER**

In accordance with the accompanying order denying the petitioner's motion to vacate, set aside, or correct sentence, the court **ORDERS** that judgment be entered in favor of the respondent, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

       ENTER:  October 4, 2005

          _____
          JOSEPH R. GOODWIN
          UNITED STATES DISTRICT JUDGE